

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ALAN FRAIRE, | § | No. 08-19-00275-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D05623) |
| | § | |

**O R D E R**

The Court GRANTS Rebecca Macias' request for an extension of time within which to file the remaining portion of the Reporter's Record until **April 24, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REMAINING PORTION OF THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rebecca Macias, Roving Court Reporter for the 171st District Court for El Paso County, Texas, prepare the remaining portion of the Reporter's Record and forward the same to this Court on or before April 24, 2020.

IT IS SO ORDERED this 2nd day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.